CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 29 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FRANK JOHNSON LEE,<br>　　Plaintiff, | ) ) ) | Civil Action No. 7:15-cv-00225 |
| | ) | **MEMORANDUM OPINION** |
| v. | ) ) | |
| | ) | By:　Jackson L. Kiser |
| SGT. M.A. BOSTIC, *et al*,<br>　　Defendant(s). | ) ) | Senior United States District Judge |

Frank Johnson Lee, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered May 11, 2015, the court directed plaintiff to submit within 10 days from the date of the Order the signed consent to withholding of fees form to complete the application to proceed in forma pauperis. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 29th day of May, 2015.

　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　Senior United States District Judge